IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHY HECKMAN
  Plaintiff

v.

CITY OF ALLENTOWN

5-10-CV-4835

# O R D E R

AND NOW, this 8th day of , MAY, 2012 , in accordance with the verdict of the jury, IT IS ORDERED that judgment is ENTERED in favor of the DEFENDANT, CITY OF ALLENTOWN , and against the PLAINTIFF, KATHY HECKMAN.

The clerk is directed to close the docket for statistical purposes.

BY THE COURT

S/S ARNOLD C. RAPOPORT
ARNOLD C. RAPOPORT
   U.S.M.J.